IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:05CR275

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **O R D E R** |
| | ) | |
| BRADLEY E. HEISTERBERG | ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* motion to stay his reporting date of January 1, 2006.

Because the Defendant has not shown good cause to warrant a stay of his reporting date,

**IT IS, THEREFORE, ORDERED** that the Defendant's motion to stay is hereby **DENIED**.

**Signed: December 30, 2005**

Lacy H. Thornburg
United States District Judge