# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR275

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| BRADLEY E. HEISTERBERG ) | |

**THIS MATTER** is before the Court on the Defendant's appeal of the Judgment entered in criminal cases F3028335, F3028336, and F3028337 by the Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Defendant shall file brief on appeal on or before 15 days from entry of this Order and the Government shall file a brief in response thereto on or before 5 days after the filing of the Defendant's brief.

**Signed: January 5, 2006**

Lacy H. Thornburg
United States District Judge