# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR275

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| BRADLEY E. HEISTERBERG | ) | |

**THIS MATTER** is before the Court *sua sponte* to dismiss the Defendant's appeal of the Judgment entered in criminal cases F3028335, F3028336, and F3028337 by the Magistrate Judge.

Due to the Defendant's failure to file an appeal brief within the time limit set by the Court,

**IT IS, THEREFORE, ORDERED** that the Defendant's appeal herein is hereby **DISMISSED** for failure to prosecute.

Signed: January 31, 2006

Lacy H. Thornburg
United States District Judge